UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| GEORGE ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:    Possession of Marijuana with Intent to Distribute

<u>Date of Detention Hearing</u>:    March 5, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is a citizen and resident of Canada. He is retired. He has pending charges in Canada for possession of a controlled substance, and is under community supervision

in Canada for that charge. An immigration detainer has been placed on the defendant by the Bureau of Immigration and Customs Enforcement.

2. Due to lack of access to contact information by defendant, Pretrial Services was unable to verify background information.

3. Defendant does not oppose entry of a detention order at this time. He is granted leave to request a review of the detention order if he is able to obtain verification information to provide to Pretrial Services.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>5th</u> day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                     15.13
18 U.S.C. § 3142(i)                                                                            Rev. 1/91
PAGE 3